## Snyder v. Snyder, Appellant.

Argued November 13, 1968. *Merle H. Hildebrand,* for appellant; *William R. Balph, Jr.,* with him *Chambers, O'Neill, Nicolls & Balph,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are

of the opinion that the court below properly granted a decree in divorce in this case.

WRIGHT, P. J., and MONTGOMERY, J., dissented.